UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| PEARLINE HOOD,<br><br>　　　　Plaintiff,<br><br>v.<br><br>FRESNO COUNTY DISTRICT ATTORNEY, et al.,<br><br>　　　　Defendants.<br>_____/ | 1:12-cv-000215-SKO (PC)<br><br>ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS (MOTION #2)<br><br>ORDER DIRECTING PAYMENT OF INMATE FILING FEE BY SHERIFF OF FRESNO COUNTY JAIL |

　　　　Plaintiff, an inmate at the Fresno County Jail, filed this action pursuant to 42 U.S.C. § 1983 on February 15, 2012.  Plaintiff has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915, and she has made the showing required by § 1915(a).  Therefore, Plaintiff's request to proceed in forma pauperis will be granted.

　　　　Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action.  28 U.S.C. § 1915(b)(1).  Plaintiff is obligated to make monthly payments in the amount of twenty percent of the preceding month's income credited to her trust account.  The Sheriff of the Fresno County is required to send to the Clerk of the Court payments from Plaintiff's account each time the amount in the account exceeds $10.00, until the statutory filing fee is paid in full.  28 U.S.C. § 1915(b)(2).

///

1  In accordance with the above and good cause appearing therefore, IT IS HEREBY
2  ORDERED that:

3    1. Plaintiff's application to proceed in forma pauperis is GRANTED;

4  **2. The Sheriff of the Fresno County or her designee shall collect payments from**
5  **Plaintiff's jail trust account in an amount equal to twenty per cent (20%) of the preceding**
6  **month's income credited to her trust account and shall forward those payments to the Clerk of**
7  **the Court each time the amount in the account exceeds $10.00,  in accordance with 28 U.S.C.**
8  **§ 1915(b)(2), until a total of $350.00 has been collected and forwarded to the Clerk of the**
9  **Court.  The payments shall be clearly identified by the name and number assigned to this**
10 **action.**

11    3. The Clerk of the Court is directed to serve a copy of this order and a copy of
12 Plaintiff's in forma pauperis application on the Sheriff of the Fresno County, via the Court's
13 electronic case filing system (CM/ECF).

14    4. The Clerk of the Court is directed to serve a copy of this order on the Financial
15 Department, U.S.  District Court, Eastern District of California, Fresno Division.

17 IT IS SO ORDERED.

18 **Dated:**   **February 17, 2012**        /s/ Sheila K. Oberto
                                     UNITED STATES MAGISTRATE JUDGE